# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 2, 2015

_____

DOCKET CORRECTION NOTICE

_____

No.  15-1857 (L), <u>Marlon Hall v. DIRECTV, LLC</u>
           1:14-cv-02355-JFM

TO:    Ryan Dennis O'Dell
       Molly A. Elkin
       George A. Hanson

MOTION/CORRECTION DUE:  December 14, 2015

Please make the corrections identified below.

- The first four documents in the appendix are not part of the district court record and thus they are improper appendix material. If counsel believes these documents are imperative for inclusion in the appendix, a motion for leave to file them in the joint appendix must be filed. If counsel chooses to remove them then a corrected appendix must be filed.  The brief must then be corrected to adjust the appendix references to the new appendix pagination.

- The cover for the addendum must be blue.

Jeffrey S. Neal, Deputy Clerk
804-916-2729