# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 14, 2015

_____

RESPONSE REQUESTED

_____

No. 15-1857 (L), Marlon Hall v. DIRECTV, LLC
        1:14-cv-02355-JFM

TO:    Colin David Dougherty

RESPONSE DUE: 12/28/2015

Response is required to the motion for leave to include district court material from predecessor cases in the joint appendix on or before 12/28/2015.

Jeffrey S. Neal, Deputy Clerk
804-916-2729