FILED: December 28, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1857 (L)
(1:14-cv-02355-JFM)

_____

MARLON HALL; JOHN WOOD; ALIX PIERRE; KASHI WALKER

       Plaintiffs - Appellants

 and

JOHN ALBRECHT

       Plaintiff

v.

DIRECTV, LLC; DIRECTSAT USA, LLC

       Defendants - Appellees

and

DIRECTV, INC.; DIRECTV HOME SERVICES; DTV HOME SERVICES II, LLC

       Defendants

_____

O R D E R

_____

The court grants the unopposed motion to include the documents identified in paragraph 3(a), (b), and (d) of the motion in the joint appendix. The court denies the motion to include the document identified in paragraph 3(c) of the motion without prejudice to the filing of a motion for leave to file the document as an attachment to the brief with a request that the court take judicial notice of the document. The corrected brief and joint appendix must be filed by January 8, 2016.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk